IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JASON FULLER,

    Plaintiff,                                 CV F 03 6841 OWW WMW P

    vs.                                         ORDER RE: FINDINGS &
                                               RECOMMENDATIONS (#39)

C/O THIESSEN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On February 28, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to exhaust available remedies prior to filing suit. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 28, 2007, are adopted in full; and

2. Defendants' motion to dismiss as time-barred is granted as to the excessive force claim.

3. Plaintiff's failure to protect claim is dismissed for failure to exhaust administrative remedies prior to filing suit. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 13, 2007**                                              **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE